UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

DAYANA SERRANO-MARTINEZ,           )
                                   )
                  Petitioner,      )
                                   )
            v.                     )        No. 4:25-cv-00155-SEB-KMB
                                   )
CLARK COUNTY SHERIFF, *et al.*,    )
                                   )
                  Respondents.     )

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Dayana Serrano-Martinez's has been detained by U.S. Immigration and Customs Enforcement. Ms. Serrano-Martinez's petitions for a writ of habeas corpus asks the Court to order that she be released from custody during the pendency of an ongoing immigration proceeding. The respondents have answered her petition, *see* dkts. 15, 17, 18, and her deadline to reply has passed.

The habeas corpus statutes, including 28 U.S.C. § 2241, grant this Court jurisdiction to hear challenges to the fact or duration of the petitioner's custody. "Habeas is at its core a remedy for unlawful executive detention." *Munaf v. Geren*, 553 U.S. 674, 693 (2008).

The undisputed record indicates that Ms. Serrano-Martinez, a Cuban national, entered the United States in January 2024 at a port of entry. Dkt. 15-1 ¶¶ 5–6. She did not have the documentation required by 8 U.S.C. § 1182(a)(7)(A)(i)(I). *Id.*¶ 6. The government permitted Ms. Serrano-Martinez to enter but initiated removal proceedings pursuant to 8 U.S.C. § 1229. *Id.* ¶ 7.

In July 2025, law enforcement officers determined that Ms. Serrano-Martinez attempted to help another person evade immigration authorities. Dkt. 15-2 at 1. ICE detained Ms. Serrano-Martinez on July 25. *Id.* at 2.

On August 6, the immigration court dismissed the pending removal proceeding at the government's request. Dkt. 1-1 at 21. In its place, the government initiated an expedited removal proceeding under 8 U.S.C. § 1225(b)(1). Dkt. 15-2 at 3. Ms. Serrano-Martinez remains in custody at the Clark County Jail.

"If an immigration officer determines that an alien . . . is inadmissible under section 1182(a)(6)(C) or 1182(a)(7) . . . , the officer shall order the alien removed from the United States without further hearing or review unless the alien indicates either an intention to apply for asylum under section 1158 of this title or a fear of persecution." 8 U.S.C. § 1225(b)(1)(A)(i). There is no dispute on the record that Ms. Serrano-Martinez was deemed inadmissible because she arrived at a port of entry without proper documentation. If, as appears to be the case here, the alien claims asylum, she *"shall* be detained" during the adjudication of that claim. *See* 8 U.S.C. § 1225(b)(1)(B); *see also Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 119 (2020) ("[U]nder these circumstances, his case qualifies for the expedited review process, including '[m]andatory detention' during his credible-fear review.").

Ms. Serrano-Martinez's petition challenges the legitimacy of her arrest and the legality of the government's efforts to remove her. However, the sole question at issue in this habeas corpus proceeding is whether she is in custody in violation of the Constitution and laws of the United States. The undisputed record points only to the conclusion that Ms. Serrano-Martinez's detention is lawful. As the government correctly notes, Ms. Serrano-Martinez may raise her other challenges in the immigration proceeding or in another appropriate forum.

The habeas petition is therefore **denied** and this case is **dismissed with prejudice** to the extent it challenges the lawfulness of Ms. Serrano-Martinez's detention. It is **dismissed without**

**prejudice** to Ms. Serrano-Martinez's pursuit of any additional claims in another appropriate forum.

The **clerk is directed** to enter **final judgment**.

> **IT IS SO ORDERED.**

Date: _____9/19/2025_____

_SARAH EVANS BARKER_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Matthew Charles Conway
The Conway Law Office, PLLC
mconwaylaw@yahoo.com

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP (New Albany)
jlowe@k-glaw.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov